# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 21 B 11464 |
| Caytlyn J. Driscoll, | ) | HON. Carol A. Doyle |
| | ) | Chapter 13 |
| DEBTOR. | ) | |

## NOTICE OF OBJECTION

To: Thomas H. Hooper, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603, via electronic court notification;

Performance Finance c/o Cari A Kauffman, Sorman & Frankel, Ltd., 180 North LaSalle Street, Suite 2700, Chicago, IL 60601;

Please take notice that Caytlyn J. Driscoll, Debtor, by and through Debtor's attorneys, The Semrad Law Firm, LLC, objects to the Notice of Motion and Motion for Relief from Stay as to 2019 Indian Scout Sixty, filed by Cari A Kauffman on behalf of Performance Finance, at docket entry number 21.

## PROOF OF SERVICE

The undersigned, an attorney certifies that he sent a copy of this notice on February 2, 2022, to the above-mentioned Chapter 13 Trustee via electronic court notification, the creditors listed above via regular U.S. Mail, postage prepaid, from the mailbox located at 20 S. Clark Street, Chicago, IL 60603.

*/s/ Steve Miljus*
Attorney for Debtor

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
(312) 913-0625