UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 21-11464

CAYTLYN J. DRISCOLL ) Chapter: 13

Honorable Carol A. Doyle

Debtor(s) )

## ORDER MODIFYING AUTOMATIC STAY

This case is before the Court on the Motion of PERFORMANCE FINANCE to Modify the Automatic Stay pursuant to Section 362 of the Bankruptcy Code,

IT IS ORDERED THAT:

1. The Motion of PERFORMANCE FINANCE to Modify Automatic Stay is granted as follows;

2. The automatic stay provided by Section 362 of the Bankruptcy Code is modified to permit PERFORMANCE FINANCE to exercise its in rem rights under non-bankruptcy law with respect to the 2019 Indian Scout Sixty motorcycle bearing a Vehicle Identification Number of 56KMSB114K3142295;

3. The stay in Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure does not apply to this order.

Enter: *[signature: Carol Doyle]*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: February 08, 2022

**Prepared by:**

David J. Frankel. (Ill. #6237097)
Cari A. Kauffman (Ill. #6301778)
Rocio Herrera (Ill. #6303516)
Sorman & Frankel, Ltd.
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312) 332-3535 / (312) 332-3545 (facsimile)